(S) IFP
NP

FILED

AUG 27 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Tammi Fuqua
       Plaintiff,

vs.

United Parcel Service, Inc., an Ohio Corporation
       Defendant(s).

C19-5401 SK

CASE NO. 846-2019-00539C

EMPLOYMENT DISCRIMINATION COMPLAINT

1. Plaintiff resides at:

   Address 2469 Beaufort Dr

   City, State & Zip Code Fairfield, CA 94533

   Phone (510) 394-8227

2. Defendant is located at:

   Address _____

   City, State & Zip Code _____

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred on this Court by 42 U.S.C. Section 2000e-5. Equitable and other relief is sought under 42 U.S.C. Section 2000e-5(g).

4. The acts complained of in this suit concern:

   a. ___ Failure to employ me.

   b. _X_ Termination of my employment.

Form-Intake 2 (Rev. 4/05)                    - 1 -

1      c. __ Failure to promote me.

2      d. X Other acts as specified below.

3      Continuous harassment,

4      Discrimination, Age and failure

5      to allow accommodations

6

7

8

9   5.    Defendant's conduct is discriminatory with respect to the following:

10      a. X My race or color.

11      b. __ My religion.

12      c. X My sex.

13      d. __ My national origin.

14      e. X Other as specified below.

15      Supervisory Position

16   6.    The basic facts surrounding my claim of discrimination are:

17      Vandalizing, abusive behavior

18      towards me. Constant harassment

19      on & off job. Refusal to allow

20      my accomodations once put on

21      disability. Not forwarding and

22      interacte with human Resources.

23      Termination without warning cause

24      termination of Medical Benefits

25   7.    The alleged discrimination occurred on or about 2009 thru 2015

26                                                  Continued thru ~~present~~ Present
                                                                             (DATE)

27   8.    I filed charges with the Federal Equal Employment Opportunity Commission (or the

28      California Department of Fair Employment and Housing) regarding defendant's alleged

Form-Intake 2 (Rev. 4/05)          - 2 -

1 discriminatory conduct on or about  2014 & 2015, - 2018
2                                         (DATE)
3  9.    The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter
4  (copy attached), which was received by me on or about  May, 2019.
5                                         (DATE)
6  10.   Plaintiff hereby demands a jury for all claims for which a jury is permitted:
7         Yes ____    No  X
8  11.   WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate,
9  including injunctive orders, damages, costs, and attorney fees.

DATED: 8-26-19                       _____
                                     SIGNATURE OF PLAINTIFF

(PLEASE NOTE: NOTARIZATION
IS NOT REQUIRED.)                    _____
                                     PLAINTIFF'S NAME
                                     (Printed or Typed)