UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMI FUQUA,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>    Defendant. | Case No. 19-cv-05401-SK<br><br>**ORDER OF SUA SPONTE REFERRAL** |

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Jacqueline Scott Corley to determine whether it is related to *Fuqua v. United Parcel Service, Inc.*, Case No. 16-cv-01193-JSC.

**IT IS SO ORDERED**.

Dated: September 3, 2019

*/s/ Sallie Kim*
———————————————
SALLIE KIM
United States Magistrate Judge