UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMI FUQUA,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>        Defendant. | Case No. 19-cv-05401-HSG<br><br>**ORDER TERMINATING MOTION FOR RECONSIDERATION WITHOUT PREJUDICE TO RENEWAL**<br><br>Re: Dkt. No. 12 |

    Currently pending before the Court is Ms. Fuqua's Motion for Reconsideration. Dkt. No. 12. On December 10, 2019, the Court adopted Magistrate Judge Corley's Report and Recommendation to Stay Action Pending Appeal of Related Action and ordered that this action be stayed pending disposition of Ms. Fuqua's appeal in Case No. 4:16-cv-01193-HSG. Dkt. No. 16.

    Ms. Fuqua's Motion for Reconsider is therefore **TERMINATED** without prejudice to Ms. Fuqua renewing her motion once her appeal is resolved and the stay is lifted.

**IT IS SO ORDERED.**

Dated: 11/25/2020

HAYWOOD S. GILLIAM, JR.
United States District Judge