UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMI FUQUA,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>        Defendant. | Case No. 19-cv-05401-HSG<br><br>**ORDER DIRECTING THE CLERK TO CLOSE CIVIL CASE** |

The Clerk is directed to administratively close this case. The Court will reopen the case once Plaintiff's appeal in Case No. 4:16-cv-01193-HSG is resolved.

**IT IS SO ORDERED.**

Dated: 2/23/2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge