UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMI FUQUA,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>        Defendant. | Case No. 19-cv-05401-HSG<br><br>**ORDER REOPENING CASE, LIFTING STAY, AND DIRECTING PARTIES TO SUBMIT JOINT STATUS REPORT** |

This case was stayed pending resolution of the appeal of the jury verdict in *Fuqua v. United Parcel Service, Inc.*, Case No. 16-cv-1193.  The Court now understands that the appeal regarding that matter has been voluntarily dismissed at the request of both parties.  Dkt. No. 201 in Case No. 16-cv-1193.

The Court thus **DIRECTS** the Clerk to reopen the case, **LIFTS** the stay, and **DIRECTS** the parties to submit a joint status report of no more than two pages by November 9, 2022 explaining whether this case also will be dismissed, and if not, why not.

**IT IS SO ORDERED.**

Dated:    10/28/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge