UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMI FUQUA,<br><br>  Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>  Defendant. | Case No. 19-cv-05401-HSG<br><br>**ORDER SETTING DEADLINE FOR PLAINTIFF TO FILE AMENDED COMPLAINT**<br><br>Re: Dkt. No. 1 |

Plaintiff filed her Complaint, Dkt. No. 1,[1] and a Motion for Leave to Proceed in Forma Pauperis ("IFP Motion"), Dkt. No. 2, in the above-captioned case ("*Fuqua II*") in August 2019. Magistrate Judge Jacqueline Corley found that *Fuqua II* was related to an earlier-filed case then assigned to her, *Tammi Fuqua v. United Parcel Service, Inc.*, 16-cv-01193-HSG ("*Fuqua I*"). Dkt. No. 7. At the time, Ms. Fuqua's appeal of the jury verdict in *Fuqua I* was still pending. *See* Dkt. No. 8 at 1-2.

Judge Corley granted Plaintiff's IFP Motion but found that Plaintiff's Complaint failed to state a claim under which relief would be granted. Dkt. No. 8 at 1. As summarized by Judge Corley in a later Report and Recommendation, Plaintiff:

> (1) appeared to be raising the same issues and claims as she raised in her prior complaint alleging disability discrimination and wrongful termination and seemed to be challenging the judgment entered in UPS's favor in [*Fuqua I*], which she could do in the context of her pending appeal; (2) appeared to allege discrimination based on her race and sex, but she had not exhausted claims based on race or sex with the EEOC; (3) her claim appeared time-barred; and (4) she failed to provide a factual or legal basis for her claims in accordance with Federal Rule of Civil Procedure 8(d)(1).

Dkt. No. 13 at 2-3 (citations omitted).[2]

---

[1] Unless otherwise specified, all citations are to the *Fuqua II* docket.
[2] This Court adopted Judge Corley's Report and Recommendation in every respect. Dkt. No. 16.

Both *Fuqua I* and *Fuqua II* were reassigned to this Court, *see Fuqua I*, Dkt. No. 186; *Fuqua II*, Dkt. No. 14, and *Fuqua II* was stayed during the pendency of the *Fuqua I* appeal. Dkt. No. 16. The Ninth Circuit granted the parties' motion for voluntary dismissal of the *Fuqua I* appeal in September 2022. *Fuqua I*, Dkt. No. 201. This Court subsequently re-opened *Fuqua II* and lifted the stay. Dkt. No. 20.

The Court now **DIRECTS** the Plaintiff to file, by December 16, 2022, an amended complaint that addresses the defects identified in Judge Corley's October 8, 2019 order, Dkt. No. 8, and summarized in Judge Corley's November 25, 2019 report and recommendation, Dkt. No. 13.

**IT IS SO ORDERED.**

Dated: 11/16/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge