UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TAMMI FUQUA,

    Plaintiff,

v.

UNITED PARCEL SERVICE, INC.,

    Defendant.

Case No. 19-cv-05401-HSG

**ORDER TERMINATING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS**

Re: Dkt. No. 23

Before the Court is Plaintiff's motion for leave to proceed *in forma pauperis* ("IFP"). Dkt. No. 23. The Court **TERMINATES** Plaintiff's motion (Dkt. No. 23) because Judge Corley already granted Plaintiff's original request for IFP status. Dkt. No. 8.

The Court **DIRECTS** Plaintiff to file a standalone amended complaint (instead of attachments to an IFP or other motion) that addresses the defects identified by Judge Corley's October 8, 2019 order, Dkt. No. 8, and summarized in Judge Corley's November 25, 2019 report and recommendation, Dkt. No. 13. If Plaintiff intends to pursue the case, the amended complaint must be filed by March 14, 2023. Failure to file an amended complaint in accordance with this order in the time provided may result in dismissal of this action without further notice to Plaintiff.

In preparing an amended complaint, Plaintiff should keep the following in mind. Fed. R. Civ. P. 8(a) requires a short and plain statement of the legal claims. The Court will not sift through Plaintiff's exhibits to determine her legal causes of action or who she seeks to sue. Plaintiff should, for each cause of action, list the defendant that she is suing, and specify each defendant's relevant actions or failures to act. The Court refers Plaintiff to the civil complaint packet accessible at https://www.cand.uscourts.gov/wp-content/uploads/pro-se/legal-help-center-templates-and-packets/General-Complaint-Packet_12-1-2020.pdf and the employment

discrimination form complaint accessible at https://www.cand.uscourts.gov/wp-content/uploads/forms/civil-forms/CAND_Employment_Discrim_Complaint_5-2021_PDF.pdf. The Court reiterates that Plaintiff does not need to file another IFP motion because Judge Corley already granted Plaintiff's original request for IFP status. Dkt. No. 8.

An amended complaint completely replaces the previous complaint. *See Lacey v. Maricopa Cnty.*, 693 F.3d 896, 925 (9th Cir. 2012). Accordingly, Plaintiff must include in her amended complaint all the claims she wishes to present and all of the defendants she wishes to sue, and may not incorporate material from the prior complaint or from prior pleadings by reference.

The Court encourages Plaintiff to seek the assistance of the free Legal Help Center operated by the Bar Association of San Francisco. The Legal Help Center sets up appointments to speak with a lawyer for basic legal help, but it does not provide legal representation. Appointments can be scheduled by emailing fedpro@sfbar.org or by calling (415) 782-8982. Plaintiff may also wish to consult the other resources available on the Court's website, at https://cand.uscourts.gov/pro-se-litigants/, for people who are representing themselves without a lawyer.

**IT IS SO ORDERED.**

Dated: 2/15/2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge